IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>**Nathaniel Crawford** | §<br>§<br>§ | CASE NO. 20-30283<br><br>Chapter 13 |
| **DEBTOR** | §<br>§ | |
| **U.S. Bank National Association as Trustee of the Bungalow Series IV Trust, its successors and/or assigns**<br>    **MOVANT** | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| **Nathaniel Crawford, Debtor**<br>**and David G. Peake, Trustee**<br>    **RESPONDENTS** | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

**<u>AGREED ORDER DENYING MOTION FOR RELIEF FROM STAY FILED BY
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW
SERIES IV TRUST, ITS SUCCESSORS AND ASSIGNS</u>**
**(This Order Resolves Docket # 139)**

U.S. Bank National Association as Trustee of the Bungalow Series IV Trustee its Successors and Assigns, Movant, filed a Motion for Relief from Stay against real property located at 12218 Ashley Circle Drive W., Houston, TX 77071 ("Motion") on May 31, 2022, at Docket No. 139.

For the reasons set forth in Debtor's response, the Movant and Debtor agree that the Motion should be denied without prejudice and that Movant is not entitled to, and shall not seek from the Debtor in the future, attorney's and filing fees associated with the filing of the subject Motion. As such, as shown by Movant's and Debtor's counsel's signatures below, the parties have agreed to the denial of the U.S. Bank National Association as Trustee of the

1

Bungalow Series IV Trustee its Successors and Assigns' Motion for Relief from Stay without prejudice.

_____
THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:
GHIDDOTI BERGER, LLP

By: Chase Berger, Esq.
Chase Berger, TX Bar #24115617
9720 Coit Road, Suite 220-228
Plano, Texas 75025
(305) 501-2808 Telephone
(954) 780-5578 Facsimile
Email:  bknotifications@ghidottiberger.com
Counsel for Movant

By: /s/ Wai Ping Cheung
Wai Ping Cheung
SBN : 24031942
5959 West Loop South, Suite 242
Houston, Texas 77401
713-266-8856
Fax : 713-266-5001
Email:  lawjustice713@gmail.com
Attorney for Debtor

2